CSD 1161 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**Andrew H. Griffin, III 108378**
**275 E. Douglas Avenue, Suite 112**
**El Cajon, CA 92020**
**619 440-5000**
**108378 CA**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Scott I Talle**

Debtor.

BANKRUPTCY NO. **20-04763-LT13**

RS NO. **NLG-1**

Moving Party

**Scott I Talle**

Respondent(s)

Hearing Date: **July 13, 2023**
Hearing Time: **10:00 am**

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ **REAL PROPERTY**  ☐ **PERSONAL PROPERTY**

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☑ 13  was filed on **9/25/20**.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*: **Thomas Billingslea**

   b. ☑ Name of Attorney of Record for Trustee *(if any)*: **Maureen A Enmark**

   c. ☑ Debtor has previously filed a Bankruptcy Petition on: **8/14/12**.
      If applicable, the prior case was dismissed on: __.

   d. ☑ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on **11 /24 2020/** or a confirmation hearing is set for ___.

3. *Number of unsecured creditors ___. Amount of unsecured debt $ **9,046.21**.

4. *Last operating report filed: __

5. *Disclosure statement: Filed? (yes/no)____. Approved? (yes/no)____.
   If yes, date of plan confirmation hearing: __

---

*Only required if respondent is the debtor in a Chapter 11 case.
CSD 1161

Respondent alleges the following in opposition to the Motion:

1. ☑
   a. The following real property is the subject of this Motion:
      Street address of the property including county and state:
      **344 North Letton St., Ramona, CA 92065-3026 (San Diego County)**

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):
      Single Family Residence

   c. Legal description of property is attached as Exhibit A.

   d. **Fair market value of property: $ **761,000.00** .

   e. **Nature of Respondent's interest in the property:

2. ☐ The following personal property is the subject of this Motion (describe property):

   a. **Fair market value of property: $____ .   472,838

   b. **Nature of Respondent's interest in the property:

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief:      $ 472,838.04
   b. Amount of monthly payment:                      $ 2,487.29
   c. Date of last payment:                             6/1/2023
   d. If real property,
      (1) Date of default:                              None
      (2) Notice of Default recorded on:
      (3) Notice of Sale published on:
      (4) Foreclosure sale currently scheduled for:
   e. If personal property,
      (1) Pre-petition default:    $_____    No. of months: _____
      (2) Post-petition default:   $_____    No. of months: _____

4. (If Chapter 13 Case, state the following:)
   a. Date of post-petition default:                    None
   b. Amount of post-petition default:      $

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| Lender Name | Principal Balance | Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: | 312,629 | | | 0 | 0 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $312,629 | $ | | $ | |

** Separately filed Declaration required by LBR 4001-4.

CSD 1161

CSD 1161 (page 3) [07/01/18]

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
        ☐ See attached page, if necessary.

6. Relief from the automatic stay should not be granted because:
   a. ☑ Movant's interest in the property described above is adequately protected.
   b. ☑ Debtor has equity in the property described above and such property is necessary to an effective reorganization.
   c. ☐ The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).
   d. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or ___ days ordered by this court) have passed since entry of the order for relief in this case, or
      (1) the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or
      (2) the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.
   e. ☐ Other *(specify)*: ☑ See attached page.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1. ☐ Other relevant evidence:

2. ☐ *(Optional)* Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated: **June 8, 2023**

                                        /s/ **Andrew H. Griffin, III**
                                        [Attorney for] Respondent

CSD 1161